BEFORE THE THIRD DIVISION, MARCH 30, 1965

No. 69207.—F. W. Woolworth Co. *v.* United States, protests 63/7418, 63/9493, and 63/9573 (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of charcoal briquettes similar in all material respects to those the subject of *A. L. Farnsworth* v. *United States* (50 Cust. Ct. 62, C.D. 2389), the claim of the plaintiff was sustained.